Anna Y. Park, CA SBN 164242
Karen E. Nutter, CA SBN 235056
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1716
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>NEVADA ADVERTISING, LLC; GOLDEN WEST ADVERTISING, INC., and DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: 3:06-CV-00519-LRH-RAM<br><br>**JOINT REQUEST FOR SETTLEMENT CONFERENCE**<br><br>**(First Request)** |

Plaintiff U.S. Equal Employment Opportunity Commission and Defendants Golden West Advertising, Inc. and Nevada Advertising, LLC jointly request a settlement conference before a Magistrate. The Parties believe that a settlement conference would allow them to resolve the issues in this case without expending further resources. The Parties seek the opportunity to go before a Magistrate on July 31st or August 2nd or 3rd, 2007.

The Parties engaged in informal settlement discussions throughout the spring months and believed that an Early Neutral Evaluation ("ENE") would allow the Parties to reach a resolution. The Parties then requested an ENE, (Dkt. 18) but the request was denied. (Dkt. 19.) On June 29, 2007, this Court granted the Parties' request to extend discovery to September 28, 2007. (Dkt. 21.)

Although the Court denied the Parties' request for an ENE, the Parties continue to believe they may resolve the instant matter via settlement with the assistance of a Magistrate. In the interest of efficiency, the Parties would like the opportunity to go before a Magistrate on July 31st or August 1st or 2nd, 2007, the Court's schedule permitting. In the event that a settlement conference is unsuccessful, the Parties will proceed with depositions during the weeks following the settlement conference.

DATED this 19th day of July, 2007.

Respectfully submitted,

| FISHER & PHILLIPS LLP | U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION |
|---|---|
| _____/s/_____ | _____/s/_____ |
| MARK J. RICCIARDI, ESQ.<br>3993 Howard Hughes Parkway<br>Suite 650<br>Las Vegas, NV 89169<br>Attorneys for Defendant<br>Golden West Advertising, Inc. | ANNA Y. PARK, ESQ.<br>KAREN E. NUTTER, ESQ.<br>255 E. Temple Street, Fourth Floor<br>Los Angeles, CA 90012<br>Attorneys for Plaintiff |

///
///
///

1  _____/s/_____
VICTOR N. BUNITSKY, ESQ.
2  P. O. Box 1564
3  Elko, NV  89803
Attorney for Defendant
4  Nevada Advertising, LLC
5

6  IT IS SO ORDERED that a settlement conference will be scheduled before the
7  Magistrate.

8
9
10  _____
LARRY R. HICKS
11  UNITED STATES DISTRICT JUDGE
12
DATED:  July 23, 2007
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-3-